## SETTLEMENT AGREEMENT

For and in consideration of a total settlement payment of <u>Thirty Four Thousand and Thirty Two Dollars</u> ($34,032.00), the sum of <u>Twenty Thousand Four Hundred Nineteen Dollars and Twenty Cents</u> ($20,419.20) being paid directly to ANGELA BOWBLISS (hereinafter referred to as "the undersigned" or "Releasor"), and the sum of <u>Thirteen Thousand Six Hundred Twelve Dollars and Eighty Cents</u> ($13,612.80) (collectively "settlement payments") being paid directly to Releasor's legal counsel Martin & Martin, LLP, the receipt of which is hereby acknowledged, together with the covenants, agreements and payments made pursuant to this Settlement Agreement,

ANGELA BOWBLISS, does hereby release and forever discharge MATTHEW A. DICKASON, P.C. ("DICKASON LAW GROUP"), MATTHEW A. DICKASON, and ZACH WACHS (hereinafter known as "Releasees"), their officers, employees, agents, former officers, employees, agents and officials, together with their heirs, executors, administrators, successors and assigns and all other persons, firms or corporations against whom or which Releasor might have a claim for any and all actions, causes of action, property damage (real or personal), personal injury, bodily injury, mental pain, anguish and/or suffering, suits, debts, dues, sums of money, accounts, damages, judgment, claims for loss of services and of consortium, claims and demands whatsoever, in law or in equity, whether known or unknown, which Releasor in any and all legal capacities ever had, now has or may or might in the future have against the Releasees arising by reason of or in any way connected, directly or indirectly, with the undersigned's employment with DICKASON LAW GROUP.

Releasor understands and agrees that this release and discharge encompasses any and all claims brought, or which could have been brought, against DICKASON LAW GROUP, MATTHEW A. DICKASON and ZACH WACHS in the civil lawsuit initiated by Releasor in the United States District Court, Northern District of Georgia, Atlanta Division, styled <u>Angela Bowbliss v. Matthew A. Dickason, P.C., Matthew A. Dickason and Zach Wachs</u>, Civil Action No.: 1:17-cv-1590-RWS (the "Lawsuit"). The parties agree to jointly move the Court for dismissal of the Lawsuit with prejudice, together with approval of this Settlement Agreement.

In 2018, DICKASON LAW GROUP shall issue to Releasor an IRS form 1099 that includes her pay for 2017 plus the settlement amount of <u>$20,419.20</u>. In 2018, DICKASON LAW GROUP shall issue to Martin & Martin, LLP an IRS

1

Form 1099 showing the amount of $13,612.80 which represents attorneys' fees and expenses expended in this litigation. Releasor will be solely responsible for any and all taxes, interest, and penalties that may be imposed with respect to the payments made to her hereunder, and agrees to indemnify and hold DICKASON LAW GROUP, its officers, directors and employees harmless from the same.

The settlement payments shall be delivered to Martin & Martin, LLP, at Post Office Box 1070, Tucker, Georgia 30087 no later than seven (7) business days after the receipt of all of the following items, unless the Court directs otherwise: (i) a copy of this Agreement with Releasor's signature; (ii) fully completed Forms W-9 for Releasor and Martin & Martin, LLP; and (iii) an Order from the Court approving this Settlement Agreement.

Releasor represents and affirms that she has been paid and/or received all leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits to which she may be entitled arising from her employment with DICKASON LAW GROUP, and that no other leave (paid or unpaid), compensation, wages, bonuses, commissions, and/or benefits are due her except as provided in this Settlement Agreement.

It is expressly understood and agreed by Releasor that this Settlement Agreement shall encompass all claims and demands whatsoever in law or in equity, for, upon or by reason of any damages loss or injury, whether known or unknown, which may be traced either directly or indirectly to the above-named Releasees arising out of the aforesaid events, and arising on or before the date of her signature to this Settlement Agreement no matter how remotely they may be related to the aforesaid Releasees or against Releasees only.

Releasor further acknowledges that this Settlement Agreement is entered into and agreed upon by the parties solely as a good faith effort to resolve the dispute peacefully. Releasor further acknowledges that the decision to settle the claims by Releasees is strictly a business decision, and is not an admission of liability, which is expressly denied by Releasees.

It is further understood and agreed by Releasor that this Settlement Agreement shall encompass any and all legal, equitable, and administrative claims Releasor may have against Releasees, known or unknown, arising from her employment with DICKASON LAW GROUP and/or relating to any alleged discrimination on the basis of race, color, religion, sex, pregnancy, national origin, handicap, or veteran status under Title VII of the Civil Rights Act of 1964, as

It is understood and agreed that this Settlement Agreement is executed by Releasor voluntarily, based solely upon her own judgment and is not based on any representation or statements of any kind made by any of the persons, authorities, firms or corporations, or past or present officers, agents, employees thereof, released hereby, as to the merits, legal liabilities or value of the claims or potential claims of Releasor, and that no promise or agreement not herein expressed has been made to Releasor.

This Settlement Agreement is executed with the full knowledge and understanding that there may be more serious consequences, damages or injuries or separate or distinct consequences, damages or injuries as a result of the occurrences aforementioned, which are not now known and the consideration flowing to Releasor in connection with this settlement is accepted as final payment therefor.

It is further understood and agreed that this Settlement Agreement includes settlement and satisfaction of all claims of every nature held by Releasor in any legal capacity, direct or indirect, against all persons, firms or corporations, including those who are or might be held to be, joint tortfeasors with any party released hereby, as well as those to whom any of the parties released are, or may be held to be, liable by way of contribution or indemnity for the payment of all or any part of any claim arising out of or directly or indirectly related to her employment with DICKASON LAW GROUP.

This Settlement Agreement constitutes a full accord and satisfaction with Releasees of any and all claims arising out of injury or damage to Releasor against the Releasees herein resulting from Releasor's employment with DICKASON LAW GROUP. Releasor further represents, declares and agrees that she fully understands the terms of this Settlement Agreement that she relies upon her own judgment in entering into it and that she voluntarily accepts said sums for the purpose of making a full and final compromise and settlement.

This Agreement constitutes the entire agreement among Releasor and Releasees, and there are no other understandings or agreements, written or oral, among them on the subject. The language of all parts of this Agreement shall in all cases be construed as a whole, according to its fair meaning, and not strictly for or against Releasor or Releasees. Should a court of competent jurisdiction find any paragraphs or provisions of this Agreement to be invalid or unenforceable, in whole or in part, then the court shall modify or restrict the provision in the manner necessary to render the same valid and enforceable, and this Agreement shall be construed and enforced to the maximum extent permitted by law.

Releasees and Releasor may sign separate signature pages. Signed and scanned signatures sent through the respective attorneys shall have the same effect as original signatures.

RELEASOR AND RELEASEES HAVE READ THE FOREGOING SETTLEMENT AGREEMENT AND FULLY UNDERSTAND IT AND AGREE TO ITS TERMS.

_____
ANGELA BOWBLISS
Date: 8/8/17

_____
MATTHEW A. DICKASON, P.C.

Name: Matthew A. Dickason
Title: Managing Attorney
Date: 8/10/17

_____
MATTHEW A. DICKASON
Date: 8/10/17

_____
ZACH WACHS
Date: 8/10/17